Hand-Delivered

FILED
CHARLOTTE, NC

FEB 13 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
WESTERN District of NORTH CAROLINA
CHARLOTTE Division

Cierra Charnea Hicks
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Würth Wood Group, INC.,
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:26-cv-117-MOC
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Cierra Charnea Hicks
   Street Address: 1410 Cherith Ct NW
   City and County: Concord, Cabarrus county
   State and Zip Code: North Carolina, 28027
   Telephone Number: 704-795-8047
   E-mail Address: CierraCHicks@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1
- Name: Würth Wood Group, Inc.
- Job or Title (if known): Is a corporation doing business in North Carolina
- Street Address: 4250 Golf Acres Drive
- City and County: Charlotte, Mecklenburg County
- State and Zip Code: North Carolina, 28208
- Telephone Number: 704-394-9479
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

Name: Würth Wood Group
Street Address: 4250 Golf Acres Drive
City and County: Charlotte, Mecklenburg County
State and Zip Code: North Carolina, 28208
Telephone Number: 704-394-9479

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: Public embarrassment in front of colleagues

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) January 2024 - March 2025

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*
   Cancer

E. The facts of my case are as follows. Attach additional pages if needed.

Plaintiff was employed by defendant as a credit manager from approximately April 2023 - March 2025. Throughout her employment, Plaintiff performed her job duties satisfactorily and met defendant's legitimate performance expectations. During Plaintiff's employment, defendant subjected Plaintiff's employment, defendant subjected Plaintiff to unlawful discrimination and retaliation in violation of federal law. Plaintiff engaged in protected activity, including opposing unlawful employment practices and/or reporting workplace issues.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 11-28-2025.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks back pay, front pay, compensatory damages, punitive damages, (if hired) attorney fees, and any other relief the court deems just.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/13/2026

Signature of Plaintiff

Printed Name of Plaintiff: Cierra Charnea Hicks

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Cierra Charnea Hicks     VS     Wurth Wood Group Inc.

United States District Court - Western District

## Additional Statement of Facts

1. Plaintiff, Cierra Hicks, was employed by Wurth Wood Group Inc. as a credit manager from approximately April 2023 until March 14, 2025. Plaintiff performed her job duties satisfactorily and had no major disciplinary issues prior to the events described below.

2. On February 9, 2024, Plaintiff was diagnosed with cancer. Plaintiff was diagnosed and informed her supervisor and/or Human Resources of her diagnosis and provided medical documentation as requested.

3. Plaintiff requested reasonable accomodations related to her cancer treatment and recovery, including time off for medical appointments, schedule adjustments, flexibility, leave, reduced workload. Defendant was aware of Plaintiff's medical condition and her need for accomodations.

4. Instead of providing reasonable accommodations, defendant began treating plaintiff differently from other employees. Plaintiff was subjected to negative comments, increased scrutiny, humiliation in front of coworkers and disciplinary actions that were not applied to similarly situated employees.

5. After Plaintiff disclosed her cancer diagnosis and requested accommodations, defendant retaliated against her by write-ups, threats, denial of benefits, hostility, and other actions.

6. The working conditions became intolerable. Plaintiff reasonably believed she had no choice but to resign in order to protect her health and well-being. Plaintiff's resignation was the result of defendant's discrimination, retaliation and failure to accommodate her disability.

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission and received a Right-to-Sue Notice before filing this lawsuit.

8. As a result of Defendant's actions, Plaintiff suffered lost wages, emotional distress, humiliation, damage of her career, and other financial and personal losses.

WHEREFORE, Plaintiff requests back pay, front pay, compensatory damages, punitive damages, costs, and any other relief the court deems just and proper.

Respectfully submitted,
Cierra Hicks (Prose)    1410 Cherith Ct NW    704-795-8047
2/13/2026    Concord, NC 28027    CierraChicks@gmail.com